```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21538
   RHONDA TERRY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5271

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/04/2004 and was confirmed 07/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was paid in full 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
BANK ONE                   SECURED            6470.00       507.00       6470.00
BANK ONE                   UNSECURED         11697.36          .00       1286.71
ECAST SETTLEMENT CORP      UNSECURED OTH     1660.75           .00        182.69
FIRST PREMIER BANK         UNSECURED         NOT FILED         .00           .00
HOUSEHOLD BANK             UNSECURED         NOT FILED         .00           .00
LEGAL REMEDIES CHARTERED   DEBTOR ATTY        2,200.00                   2,200.00
TOM VAUGHN                 TRUSTEE                                         623.28
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                11,269.68

PRIORITY                                              .00
SECURED                                          6,470.00
    INTEREST                                       507.00
UNSECURED                                        1,469.40
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               623.28
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                 11,269.68                11,269.68
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21538 RHONDA TERRY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 21538 RHONDA TERRY
```